[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-15354
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 16, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 89-00004-CR-T-17-EAK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AZELL JAMES MACON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 16, 2009)

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Azell James Macon, in this appeal

from the denial of relief under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  In a <u>pro se</u> response to counsel's motion, Macon has moved for appointment of counsel. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** the denial of Macon's § 3582(c)(2) motion is **AFFIRMED**, and Macon's motion for appointment of new counsel is **DENIED** as moot.